1   LATHROP & GAGE LLP
    John Shaeffer, Esq. (State Bar No. 138331)
2   jshaeffer@lathropgage.com
    Jeffrey H. Grant, Esq. (State Bar No. 218974)
3   jgrant@ lathropgage.com
    1888 Century Park East, Suite 1000
4   Los Angeles, CA 90067
    Telephone: (310) 789-4600
5   Fax: (310) 789-4601

6
    Attorneys for Plaintiff
7   Local.com Corporation

8

9

10              UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12

| 13  LOCAL.COM CORPORATION, a Delaware Corporation, | CASE NO. 12-CV-976 JGB (JPRx) |
|---|---|
| 14 | |
| 15              Plaintiff, | **PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE*S PURSUANT TO PROTECTIVE ORDER (DKT. NO. 26)** |
| 16       v. | |
| 17  FRY'S ELECTRONICS, INC., a California Corporation, | |
| 18 | |
| 19              Defendants. | **[LR 79-5]** |
| 20 | |
| 21  FRY'S ELECTRONICS, INC., a California Corporation, | Hearing Date: June 10, 2013 Hearing Time: 11:00 a.m. |
| 22 | |
| 23              Counter-Claimant, | |
| 24       v. | |
| 25 | |
| 26  LOCAL.COM CORPORATION, a Delaware Corporation, | |
| 27              Counter-Defendant. | |
| 28 | |



ORIGINAL

_____
APPLICATION TO FILE UNDER SEAL

1    Pursuant to the Protective Order in this action (Dkt. No. 26), which was

2  agreed upon by the parties and entered as an Order of the Court on March 4,

3  2013, and Local Rule 79-5, Plaintiff Local.com Corporation hereby request that

4  the Court permit the filing under seal of the following documents:

     1.     Plaintiff's Opposition to Defendant's Motion *in Limine* No. 1 to

            Exclude Plaintiff Local.com's Witness Renee D. Marino From

            Testifying [UNDER SEAL]; and

     2.     Declaration of Jeff Grant in Opposition to Defendant Fry's

            Electronics, Inc.'s Motions *in Limine* Nos. 1-3 [UNDER SEAL]

     3.     Exhibit G attached to the Declaration of Jeff Grant in Opposition to

            Defendant Fry's Electronics, Inc.'s ("Fry's) Motion *in Limine*; and

     4.     Exhibit I attached to the Declaration of Jeff Grant in Opposition to

            Defendant Fry's Electronics, Inc.'s ("Fry's) Motion *in Limine*; and

     5.     Exhibit J attached to the Declaration of Jeff Grant in Opposition to

            Defendant Fry's Electronics, Inc.'s ("Fry's) Motion *in Limine*.

     This Application to file documents under seal is necessary Plaintiff's

Opposition to Defendant's Motion *in Limine* No. 1 to Exclude Plaintiff

Local.com's Witness Renee D. Marino From Testifying, *see* Number 1 above,

contains information set forth in documents and depositions that were designated

as "Confidential" or "Attorneys' Eyes Only" by one of the parties to this lawsuit

under the Protective Order.  More specifically, Plaintiff's Opposition to

Defendant's Motion *in Limine* No. 1 to Exclude Plaintiff Local.com's Witness

Renee D. Marino From Testifying contains information regarding Fry's web

traffic and use of that web traffic.  All of the aforementioned material was and is

maintained in confidence by the parties.  The public disclosure of this

information would be harmful to the parties' business interests.

     This Application to file documents under seal is necessary Declaration of

Jeff Grant in Opposition to Defendant Fry's Electronics, Inc.'s Motions *in Limine*

APPLICATION TO FILE UNDER SEAL

1    Nos. 1-3 [UNDER SEAL], *see* Number 2 above, contains information set forth in

2    documents and depositions that were designated as "Confidential" or "Attorneys'

3    Eyes Only" by one of the parties to this lawsuit under the Protective Order.  More

4    specifically, Declaration of Jeff Grant in Opposition to Defendant Fry's

5    Electronics, Inc.'s Motions *in Limine* Nos. 1-3 [UNDER SEAL] contains

6    information regarding Fry's web traffic and use of that web traffic.  All of the

7    aforementioned material was and is maintained in confidence by the parties.  The

8    public disclosure of this information would be harmful to the parties' business

9    interests.

10         This Application to file documents under seal is necessary because Exhibit

11   G, excerpts from the Deposition of Jerry Payne, *see* Number 3 above, contains

12   information set forth in documents that were designated as "Confidential" or

13   "Attorneys' Eyes Only" by one of the parties to this lawsuit under the Protective

14   Order.  More specifically, Exhibit G contains information regarding Fry's web

15   traffic and use of that web traffic.  All of the aforementioned material was and is

16   maintained in confidence by the parties.  The public disclosure of this

17   information would be harmful to the parties' business interests.

18         This Application to file documents under seal is furthermore necessary

19   because the sealed version of Exhibit I, *see* Number 4 above, contains

20   information set forth in documents that were designated as "Confidential" or

21   "Attorneys' Eyes Only" by one of the parties to this lawsuit under the Protective

22   Order.  More specifically, Exhibit I contains information regarding Fry's web

23   traffic including clickstream data and specific Google.com analytics.  All of the

24   aforementioned material was and is maintained in confidence by the parties.  The

25   public disclosure of this information would be harmful to the parties' business

26   interests.

27         Finally, this Application to file documents under seal is necessary because

28   the Exhibit J, Renee Marino's Supplemental Expert Report, *see* Number 5 above,

APPLICATION TO FILE UNDER SEAL

1  contains information set forth in documents that were designated as

2  "Confidential" or "Attorneys' Eyes Only" by one of the parties to this lawsuit

3  under the Protective Order.  More specifically, Exhibit J contains information

4  regarding Fry's web traffic including clickstream data, as well as financial

5  information, including sales figures and non-publicly disclosed revenues for

6  Frys.com.  All of the aforementioned material was and is maintained in

7  confidence by the parties.  The public disclosure of this information would be

8  harmful to the Fry's business interests.

9

10  DATED:  May 21, 2013                    LATHROP & GAGE LLP

11

12                                    By:____/s/ Jeff Grant_____
13                                          JOHN SHAEFFER
                                            JEFF GRANT
14                                          Attorneys for Plaintiff
                                            Local.com Corporation
15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION TO FILE UNDER SEAL