1  John Shaeffer, Esq. (State Bar No. 138331)
   jshaeffer@lathropgage.com
2  Jeffrey H. Grant, Esq. (State Bar No. 218974)
   jgrant@ lathropgage.com
3  LATHROP & GAGE LLP
   1888 Century Park East, Suite 1000
4  Los Angeles, CA 90067
   Telephone: (310) 789-4600
5  Fax: (310) 789-4601

6

7  Attorneys for Plaintiff and
   Counterclaim Defendant
8  LOCAL.COM CORPORATION

9

10

11               UNITED STATES DISTRICT COURT

12               CENTRAL DISTRICT OF CALIFORNIA

13

| 14 | LOCAL.COM CORPORATION, a Delaware Corporation. | Case No. 12-CV-0976 JGB (JPRx) |
|---|---|---|
| 15 | | |
| 16 | Plaintiff, | **JOINT STIPULATION RE: CASE SCHEDULING** |
| 17 | v. | |
| 18 | FRY'S ELECTRONICS, INC., a California Corporation. | |
| 19 | | |
| 20 | Defendant. | |
| 21 | | |
| 22 | | |
| 23 | FRY'S ELECTRONICS, INC., a California Corporation. | |
| 24 | Counterclaim Plaintiff, | |
| 25 | v. | |
| 26 | | |
| 27 | LOCAL.COM CORPORATION, a Delaware Corporation. | |
| 28 | Counterclaim Defendant. | |

1  Plaintiff Local.com Corporation ("Local.com") and Defendant Fry's
2  Electronics, Inc. ("Fry's"), through their undersigned attorneys, hereby state and
3  stipulate as follows:
4  WHEREAS, this case was originally assigned to the Hon. Judge Cormac J.
5  Carney;
6  WHEREAS, in a Scheduling Order dated December 14, 2012 (Dkt. No. 13),
7  Judge Carney set a Final Pretrial Conference for June 3, 2013, and set trial for June
8  11, 2013;
9  WHEREAS, Judge Carney's Scheduling Order also a discovery cut-off of
10 March 1, 2013;
11 WHEREAS, in an Order of the Chief Judge dated January 11, 2013 (Dkt.
12 No. 15), Hon. Chief Judge George H. King transferred this case to this Court;
13 WHEREAS, in an order dated May 17, 2013, this Court continued the final
14 pretrial conference to June 10, 2013 and continued the trial date to July 2, 2013
15 (Dkt. No. 39);
16 WHEREAS, the parties believe that fairness and justice would be served by
17 continuing the final pretrial conference and the trial date.  In particular, the parties
18 believe that significant, potentially dispositive issues could be resolved by way of
19 briefing and a hearing regarding the construction of the claims set forth in the
20 patent in suit in accordance with *Markman v. Westerview Instruments, Inc.*, 517
21 U.S. 370 (1996).  Finally, the parties believe that, after the Court construes key
22 claim terms, they will be in a better position to discuss settling the case in its
23 entirety.
24 THEREFORE, the parties stipulate as follows:
25 The Court should convert the final pretrial conference, currently scheduled
26 for June 10, 2013, at 11:00 a.m., into a status conference at which the Court and
27 the parties can discuss a schedule for *Markman* briefing and oral argument.  The
28 Court should furthermore take the trial date of July 2, 2013 off calendar pending

1  the Court's entry of a new trial date after the Court has an opportunity to hear from
2  the parties at the June 10, 2013, status conference.

6  DATED: May 28, 2013          LATHROP & GAGE LLP

8                               By:  /s/ John Shaeffer
9                                    JOHN SHAEFFER
                                     JEFF GRANT
10                                   Attorneys for Plaintiff
                                     Local.com Corporation

12  DATED: May 28, 2013          KU & FONG

14                               By:  /s/ H.G. Robert Fong
                                     H. G. Robert FONG
                                     Attorneys for Defendant
15                                   Fry's Electronics, Inc.