# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL.COM CORPORATION, a Delaware Corporation.<br><br>    Plaintiff,<br><br>  v.<br><br>FRY'S ELECTRONICS, INC., a California Corporation.<br><br>    Defendant. | Case No. SA12-CV-0976 JGB (JPRx)<br><br>**ORDER RE: CASE SCHEDULING** |
| FRY'S ELECTRONICS, INC., a California Corporation.<br><br>    Counterclaim Plaintiff,<br><br>  v.<br><br>LOCAL.COM CORPORATION, a Delaware Corporation.<br><br>    Counterclaim Defendant. | |

1 | In light of the stipulation of the parties, and good cause appearing,

2 |  IT IS HEREBY ORDERED that the final pretrial conference, currently
3 | scheduled for June 10, 2013, at 11:00 a.m., is converted into a status conference.
4 | The trial date of July 2, 2013 is hereby taken off calendar pending the Court's
5 | entry of a new trial date after the Court has an opportunity to hear from the parties
6 | at the June 10, 2013, status conference.

9 | DATED: May 29, 2013

             Hon. Judge Jesus G. Bernal
             United States District Court Judge

1

**ORDER RE: CASE SCHEDULING**