UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 12-0976 JGB (JPRx) | Date | January 29, 2014 |
| Title | *Local.com Corporation v. Fry's Electronics, Inc.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **Order Setting Dates**

On January 13, 2014, the Court ordered the parties to jointly file three proposed dates to reset the trial. (Doc. No. 73 at 14.) The parties complied with the Court's request on January 21, 2014. (Doc. No. 74.) Pursuant to the parties' requests and the Court's schedule, the Court SETS the following dates:

    Trial Date:                       May 13, 2014, at 9:00 a.m.
    Final Pretrial Conference:    April 28, 2014, at 11:00 a.m.
    All Other Dates:              Expired

The Court will hear motions in limine, including the three pending motions filed by Defendant Fry's (Doc. Nos. 36-38), at the final pretrial conference. Further instructions regarding trial preparation will be set forth in the accompanying Civil Trial Order. As indicated therein, the parties are limited to five motions in limine each. If any of the pending motions are moot or should be withdrawn, Defendant shall notify the Court forthwith.

    **IT IS SO ORDERED.**