STEPHEN G. LARSON (SBN 145225)
Stephen.Larson@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401

ARTHUR S. BEEMAN (SBN 237996)
Arthur.Beeman@arentfox.com
IMRAN KHALIQ (SBN 232607)
Imran.Khaliq@arentfox.com
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone:  415.757.5500
Facsimile:  415.757.5501

Attorneys for Defendant and Counter-Claimant
FRY'S ELECTRONICS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL.COM CORPORATION, a Delaware Corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>FRY'S ELECTRONICS, INC., a California Corporation,<br><br>                    Defendant. | Case No.  12-cv-00976 JGB (JPRx)<br><br>**DEFENDANT AND CROSS-CLAIMANT FRY'S ELECTRONICS, INC.'S 35 U.S.C. 282 NOTICE**<br><br>Final Pretrial Conference<br>Date:  June 30, 2014<br>Time: 11:00 a.m.<br>Dept:  1<br>Judge: Hon. Jesus Bernal |
| FRY'S ELECTRONICS, INC., a California Corporation,<br><br>                    Counter-Claimant,<br><br>v.<br><br>LOCAL.COM CORPORATION, a Delaware Corporation<br><br>                    Counter-Defendant. | Trial<br>Date:  July 15, 2014<br>Time: 9:00 a.m.<br>Dept:  1<br>Judge: Hon. Jesus Bernal |

## I. PATENTS AND PRINTED PUBLICATIONS ON WHICH FRY'S INTENDS TO RELY ON AT TRIAL TO ANTICIPATE OR RENDER OBVIOUS THE ASSERTED PATENTS

### A. Patents

| Number | Title | Country | Date | Inventor(S) |
|---|---|---|---|---|
| 4,318,184 | Information Storage and Retrieval System and Method | USA | 03/02/1982 | Ronald P. Millet, Dell K. Allen |
| 5,367,627 | Computer-Assisted Parts Sales Method | USA | 11/22/1994 | Jerome D. Johnson |
| 5,630,125 | Method and Apparatus for Information Management Using an Open Hierarchical Data Structure | USA | 05/13/1997 | Paul Zellweger |
| 6,256,028 | Dynamic Site Browser | USA | 07/03/2001 | John L. Sanford, Elisabeth Roberts, Peter E. Durham |
| 6,275,821 | Method and System for Executing a Guided Parametric Search | USA | 08/14/2001 | Mohamed Sherif Danish, Kris Walter Kimbrough |
| 6,286,002 | System and Method for Storing and Searching Buy and Sell Information of a Marketplace | USA | 09/04/2001 | Jack Axaopoulos, James F. Carpenter Jr., Douglas Peckover |

### B. Systems and Printed Publications

| Printed Publication/System | Date | Author(s) | Pages |
|---|---|---|---|
| Complete Idiots Guide to Online Shopping | 10/1998 | Presto Galla | 72-73, 114-17, 164, 166-67, 171-73, 181-83 |
| Encarta 1998 Electronic Encyclopedia | 1998 | | |
| HerbHerb CD | 1998 | | |
| Selling Online for Dummies | 1998 | Leslie Heeter Lundquist | D-10–D-13 |

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATE OF SERVICE
CASE NO. 12-CV-00976 JGB (JPRZ)

| Printed Publication/System | Date | Author(s) | Pages |
|---|---|---|---|
| SoftAd Ford Simulator II | 1989 | | |

## II.   PATENTS AND PRINTED PUBLICATIONS ON WHICH FRY'S MAY RELY TO SHOW STATE OF THE ART

### A.   Patents

| Number | Title | Country | Date | Inventor(s) |
|---|---|---|---|---|
| 5,708,780 | Internet Server Access Control and Monitoring Systems | USA | 01/13/1998 | Thomas Mark Levergood, Lawrence C. Stewart, Stephen Jeffrey Morris, Andrew C. Payne, George Winfield Treese |
| 5,710,887 | Computer System and Method for Electronic Commerce | USA | 01/20/1998 | Raman Chelliah, Jason S. Cornez, Carl Dellar, Stephen Harrison, John A. Hempe, Chih-Cheng Hsu, Eric J. Golin, Charles A. Price, Neal S. Rutta, Thomas A. Wood, Wayne K. Yamamoto |
| 5,877,765 | Method and System for Displaying Internet Shortcut Icons on the Desktop | USA | 03/02/1999 | David R. Dickman, Luis Fernando Talavera Abdala, Kerry Schwartz, James E. Allard |
| 6,125,353 | Mall Server with Product Search Capability | USA | 09/26/2000 | Isao Yagasaki |
| 6,199,051 | Digital Active Advertising | USA | 03/06/2001 | David K. Gifford |
| 6,260,024 | Method and Apparatus for Facilitating Buyer-Driven Purchase Orders on a Commercial Network System | USA | 07/10/2001 | Gary Shkedy |
| 6,285,998 | System and Method for Generating | USA | 09/04/2001 | Neil W. Black, Walter Kennamer, |

- 2 -

| Number | Title | Country | Date | Inventor(s) |
|---|---|---|---|---|
| | Reusable Database Queries | | | Dan Morrow |
| 7,890,378 | System and Method for Generating a Search Query Using a Category Menu | USA | 02/15/2011 | Heath B. Clarke, David Holmes, Theodore Tanner |
| 2002/ 0010623 | System and Method for Publishing, Distributing, and Redeeming Coupons on a Network | USA | 01/24/2002 | William Girard McCollom, Robert King Ables, Jacqueline Ann Bray, Carolyn Soberalske, Cotton, Martin Robert Fink, Shane Douglas Meyer, Silvi Kiisk Steigerwald |
| 0 717 343 | Context Sensitive Menu System/Menu Behavior | EPO | 06/19/1996 | Mark. A. Malamud |

## B.    Systems and Printed Publications

| Printed Publication/System | Date | Author(s) |
|---|---|---|
| Advanced dBase III Applications | 1985 | Richard H. Baker |
| The Complete Small Business Internet Guide | 1998 | Tom Heatherington, Lori Heatherington |
| DataFax Software Program (and Documentation) | 1982 | Link Systems |
| dBase II User Manual | | Wayne Ratcliff |
| Developing User Interfaces, Ensuring Through Product & Process | 1993 | Deborah Hix |
| Dr. Livingstone's Online Shopping Safari Guidebook | 1997 | Frank Fiore |
| Egghead.com (http://www.egghead.com/) | | |
| Encarta 1997 Electronic Encyclopedia | 1997 | |

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT FRY'S 35 U.S.C. 282 NOTICE
CASE NO. 12-CV-00976 JGB (JPRX)

| Printed Publication/System | Date | Author(s) |
|---|---|---|
| | | |
| ePilot.com (http://www.epilot.com) | 2013 | |
| eXcite Internet Yellow Pages | 1999 | Cheri Robinson, Earl Jackson Jr., Scott Davis |
| The Future of Shopping | 1998 | |
| Internet Searching for Dummies | 1998 | Brad Hill |
| LLBean (http://www.llbean.com) | 05/30/1998 | |
| Lotus 1-2-3 User's Manual | | Lotus Corp. |
| M100 Radio Shack Computer MenuBuilder | | |
| Netscape and the World Wide Web for Dummies | 1996 (2nd. Ed.) | Paul Hoffman |
| Outpost.com (http://www.outpost.com) | | |
| Software that Doesn't Suck | 1998 | Vincent Flanders, Michael Willis |
| SuperROM for Radio Shack Model 100, including Lucid an Database Manuals from Portable Computer Support Group | 1986 | |
| Visual Basic 4 by Example, pp. 231-43 | 1995 | Russell Jacobs |
| Web Pages that Suck: Lean Good Design by Looking at Bad Design | 1996 | Vincent Flanders, Michael Willis |
| Power of … R: Base | 1992 | Tom Godell |
| R: Base (Advertisements) | | |
| R: Base (Packaging) | | |
| R: Base 3.0 (Books) | 1990 | |
| R: Base 3.1 Relational Database Concepts in Practice | 1991 | Jan L. Harrington |
| R: Base User's Manual | | |

*R: Base* spans the rows from "Power of … R: Base" through "R: Base User's Manual".

- 4 -

DEFENDANT FRY'S 35 U.S.C. 282 NOTICE
CASE NO. 12-CV-00976 JGB (JPRX)

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| Printed Publication/System | | Date | Author(s) |
|---|---|---|---|
| e-Commerce | R: Base Reference Manual | | |
| | Introducing R: Base | | |
| | 1-800-Flowers | | |
| | Amazon.com | | |
| | BMW | | |
| | CDNow | | |
| | Chevrolet | | |
| | Fodor's | | |
| | Ford Motor Company | | |
| | Lexus | | |
| | Mercedes Benz | | |
| Travel Aggregators | Expedia.com | | |
| | Travelocity.com | | |
| Online Auctions | Bid.com | | |
| | eBay | | |
| Web Shopping Agent | Andy's Garage Sale (http://www.andysgarage.com) | | |
| | AOL Bargain Basement | | |
| | AOL Shopping Channel | | |
| | E-Centives (http://www.e-centives.com) | | |
| | iMALL (http://www.imall.com) | | |
| | The Internet Mall (http://www.internetmall.com) | | |
| | Internet Shopper (http://www.internetshopper.com) | | |
| | iQVC (http://www.iqvc.com) | | |
| | KillerApp (http://www.killerapp.com) | 12/05/1998 | |

- 5 -

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| Printed Publication/System | Date | Author(s) |
|---|---|---|
| NetMarket (http://www.netmarket.com) | | |
| OnSale (http://www.onsale.com) | | |
| Outlet Bound (http://www.outletbound.com) | | |
| PriceScan (http://www.pricescan.com) | | |
| RoboShopper | | |
| Sales and Bargains (http://www.salesandbargains.com) | | |
| SampleSale (http://www.samplesale.com) | | |
| Shopper.com (http://www.shopper.com) | | |
| Shopping Explorer | | |
| Shopping.com (http://www.shopping.com) | | |
| Spree.com (http://www.spree.com) | | |
| WebAuction (http://www.webauction.com) | | |

Dated:          June 13, 2014          **ARENT FOX LLP**

By: /s/ *Arthur Beeman*
STEPHEN G. LARSON
ARTHUR S. BEEMAN
IMRAN KHALIQ
Attorneys for Defendant and Counter-Claimant
FRY'S ELECTRONICS, INC.

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 6 -

DEFENDANT FRY'S 35 U.S.C. 282 NOTICE
CASE NO. 12-CV-00976 JGB (JPRX)