Steven C. Sereboff, CA Bar No. 156731
ssereboff@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff/Counter-Defendant Local.com Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Local.com Corporation, a Delaware Corporation,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Fry's Electronics, Inc., a California Corporation,<br><br>　　　Defendants.<br><br>Related CounterClaim | No. 12-cv-00976-JGB (JPRx)<br><br>Stipulation of Dismissal<br><br>Judge Bernal |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Local Corporation, F/K/A/ Local.com Corporation and Fry's Electronics, Inc. hereby stipulate and agree that all claims, defenses and counterclaims asserted, sought to be asserted, or that could have been asserted in this lawsuit between them are dismissed with prejudice. The parties waive all rights of appeal, and each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| SoCal IP Law Group LLP | Arent Fox LLP |
| /s/ Steven C. Sereboff<br>by: Steven C. Sereboff | /s/ Athur S. Beeman<br>By:　Athur S. Beeman<br>　　　Imran A. Khaliq |
| Attorney for<br>LOCAL CORPORATION | Attorneys for<br>FRY'S ELECTRONICS, INC. |