# J S - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| Local.com Corporation, a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Fry's Electronics, Inc., a California Corporation,<br><br>    Defendants.<br><br>Related CounterClaim | No. 12-cv-00976-JGB (JPRx)<br><br>Order re Stipulation of Dismissal<br><br>Judge Bernal |

Pursuant to Local Corporation, F/K/A/ Local.com Corporation and Fry's Electronics, Inc. stipulation of dismissal, the Court hereby dismisses this case with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: September 8, 2014

_____
Hon. Judge Jesus G. Bernal
United States District Judge